JS 44   (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

VIRGINIA GREAUX

## DEFENDANTS

CHIPOTLE MEXICAN GRILL, INC.

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Thomas G. Krall
Krall Law Offices, PLLC
26640 Harper Avenue, St. Clair Shores, Michigan 48081

Attorneys *(If Known)*
David J. Stein and Christen J. McGlynn
Masuda, Funai, Eifert & Mitchell, Ltd.
203 North LaSalle Street, Suite 2500, Chicago, Illinois 60601

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
        Plaintiff

☐ 2  U.S. Government
        Defendant

☐ 3  Federal Question
        *(U.S. Government Not a Party)*

☑ 4  Diversity
        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | Act | | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 720 Labor/Management | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | Exchange |
| | Medical Malpractice | | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 791 Employee Retirement | | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | Income Security Act | **FEDERAL TAX SUITS** | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | 26 USC 7609 | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original
      Proceeding

☑ 2 Removed from
      State Court

☐ 3 Remanded from
      Appellate Court

☐ 4 Reinstated or
      Reopened

☐ 5 Transferred from
      Another District
      *(specify)*

☐ 6 Multidistrict
      Litigation -
      Transfer

☐ 8 Multidistrict
      Litigation -
      Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 US 1441(b)
Brief description of cause:
Diversity

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
    UNDER RULE 23, F.R.Cv.P.

DEMAND $ 305,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☑ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE
April 1, 2022

SIGNATURE OF ATTORNEY OF RECORD
/s/ David J. Stein

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?        ☐ Yes

        ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____


2.        Other than stated above, are there any pending or previously
        discontinued or dismissed companion cases in this or any other        ☐ Yes
        court, including state court? (Companion cases are matters in which        ☒ No
        it appears substantially similar evidence will be offered or the same
        or related parties are present and the cases arise out of the same
        transaction or occurrence.)

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____


Notes : _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

| | | |
|---|---|---|
| VIRGINIA GREAUX, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | U.S. District Judge |
| | ) | |
| CHIPOTLE MEXICAN GRILL, INC. | ) | U.S. Magistrate Judge |
| and JOHN DOE, an individual, | ) | |
| | ) | |
| Defendants, jointly and severally. | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, Defendant Chipotle Mexican Grill, Inc. ("Chipotle") files this Notice of Removal, removing a civil action titled *Virginia Greaux v. Chipotle Mexican Grill, Inc. and John Doe*, Case No. 22-00832, from the Circuit Court for the County of Macomb, Michigan, to the United States District Court for the Eastern District of Michigan, Southern Division. In support of this Notice of Removal, Chipotle states as follows:

## BACKGROUND AND PROCEDURAL HISTORY

1. On or about February 25, 2022, Plaintiff Virginia Greaux ("Plaintiff") filed a civil action against Chipotle in the Circuit Court of Macomb County, Michigan, captioned *Virginia Greaux v. Chipotle Mexican Grill, Inc. and John Doe*, and appearing on that court's docket as Case No. 22-00082 (the "State Court Action").

2. Chipotle was served with the Complaint and Summons for the State Court Action by certified U.S. Mail on March 7, 2022.

3. Plaintiff's Complaint in the State Court Action alleges three causes of action against Chipotle, as follows: (1) Count I – Negligence; (2) Count II – Breach of Implied Warranty; (3) Count III—Statutory Violation of MCL 289.5101.

4.      The following process, pleadings, and orders have been served thus far in the State Court Action, and pursuant to 28 U.S.C. § 1446(a), all of these documents are attached hereto:

      a.      Plaintiff's Complaint, filed on February 25, 2022, attached as Exhibit 1.

      b.      Plaintiff's Summons, served on March 7, 2022, attached as Exhibit 2.

## **PROPRIETY OF REMOVAL: DIVERSITY JURISDICTION**

5.      Plaintiff is a resident and citizen of the state of Michigan.  (*See* Exhibit 1, ¶ 1).

6.      Chipotle is a corporation organized under the laws of Delaware, with its principal place of business in the state of California.  (*See* Declaration of XX, attached hereto as Exhibit 3).

7.      The parties are all citizens of different States.

8.      The amount in controversy in this action exceeds $75,000.00 as demonstrated in Plaintiff's Demand Letter where she requests an award of $305,000. (*See* Demand Letter, attached hereto as Exhibit 4).

9.      "The amount in controversy is assessed as of the time the complaint is filed." *White v. Loomis Armored US, Inc*., 729 F. Supp. 2d 897, 900 (E.D. Mich. 2010). District Courts across the Sixth Circuit have held that a demand letter can be "relevant evidence of the amount in controversy" if the demand "appears to reflect a reasonable estimate of the plaintiff's claim." [1] *Finnegan v. Wendy's Int'l, Inc.*, No. 2:08-CV-185, 2008 WL 2078068, at *3 (S.D. Ohio May 13, 2008); *see also, Intellitronix Corp. v. Fraker*, No. 1:19 CV 966, 2019 WL 13145626, at *2 (N.D. Ohio June 24, 2019) (holding a Demand Letter can satisfy the amount in controversy requirement when it "provides 'unambiguous information' that the amount in controversy in this case is over $75,000").

---

[1] Chipotle denies Plaintiff is entitled to damages as alleged in her Demand Letter and incorporates the Demand Letter as an exhibit solely for the purposes of demonstrating this case exceeds the amount in controversy requirement.

10. This Court has original jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1332 because Plaintiff is a citizen of Michigan, Chipotle is not a citizen of Michigan, and the amount in controversy exceeds $75,000.00.

11. Because this Court has original jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1332, Chipotle may remove the State Court Action to this Court pursuant to 28 U.S.C. § 1441(b).

## VENUE

12. Venue for this removal action is proper in the United States District Court for the Eastern District of Michigan, Southern Division, because the territorial jurisdiction of this Court includes the Macomb County, Michigan, Circuit Court in which Plaintiff filed her Complaint.

13. Removal to this particular Court is therefore proper pursuant to 28 U.S.C. §1446(a).

## COMPLIANCE WITH REMOVAL PROCEDURES

14. Pursuant to 28 U.S.C. § 1446(a), all papers served on Chipotle in the State Court Action are being filed herewith.

15. The initial pleading in this matter is removable.

16. The Notice of Removal is timely filed within 30 days of service of the Complaint upon Chipotle, pursuant to 28 U.S.C. § 1446.

17. Chipotle will give Plaintiff written notice of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d) by serving her counsel of record with a copy of this Notice of Removal, inclusive of its attachments, by regular U.S. first class mail, postage prepaid.

18. Chipotle will promptly file a Notice of Filing of this Notice of Removal with the Clerk of the Macomb County, Michigan, Circuit Court, pursuant to 28 U.S.C. § 1446(d).

DATED this 1st day of April, 2022.

3

Respectfully submitted,

/s/ David J. Stein

David J. Stein
Christen J. McGlynn
Masuda, Funai, Eifert & Mitchell, Ltd.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601
P: (312) 245-7500
F: (312) 245-7467
dstein@masudafunai.com
cmcglynn@masudafunai.com

***Attorneys for Defendant Chipotle Mexican Grill, Inc.***

4